UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-23957-CIV-MORENO

ASPEN SPECIALTY INSURANCE COMPANY,

Plaintiff,

vs.

RUNWAY PARTNERS, LLC, OSCAR MIRANDA, PFEFFER & MARIN MANAGEMENT CORP.., a dissolved Florida corporation, PAUL PFEFFER, individually and as a last known director of Pfeffer & Marin Management Corp., ETI PFEFFER, JOSEPH MARIN and JEANETTE MARIN,

Defendants.

vs.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,

Third-Party Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

THIS CAUSE came before the Court upon Third-Party Defendant, American Guarantee and Liability Insurance Company's Amended Motion to Dismiss Third-Party Plaintiff's Amended Third-Party Complaint **(D.E. No. 57)**, filed on **April 17, 2014**.

THE COURT has considered the motion, response and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED AS MOOT. The Third-Party Defendant's Amended Motion to Dismiss was subsequently rendered Moot by this Court's granting of the Third-

Party Plaintiff's Motion for Leave to File a Second Amended Complaint. The gravamen of Defendant's Amended Motion to Dismiss was the Third-Party Plaintiff's failure to allege any facts pertaining to fraud in its Complaint with specificity, as required under the heightened pleading requirements of Federal Rule of Civil Procedure 9(b). The Second Amended Third-Party Complaint removes allegations of fraud from the First Amended Third-Party Complaint, however. Accordingly, the basis for the Motion to Dismiss is moot, and it is denied as such.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of June, 2014.

_____

FEDERICO A. MORENO

UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record