UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-23957-CIV-MORENO

ASPEN SPECIALTY INSURANCE COMPANY,

    Plaintiff,

vs.

RUNWAY PARTNERS, LLC, OSCAR MIRANDA, PFEFFER & MARIN MANAGEMENT CORP.., a dissolved Florida corporation, PAUL PFEFFER, individually and as a last known director of Pfeffer & Marin Management Corp., ETI PFEFFER, JOSEPH MARIN and JEANETTE MARIN,

    Defendants.

vs.

AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY,

    Third-Party Defendant.
_____/

## ORDER STRIKING DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY FINAL JUDGMENT

THIS CAUSE came before the Court upon Defendants' Response to Plaintiff's Motion for Summary Final Judgment **(D.E. No. 87)**, filed on **June 10, 2014**.

THE COURT has considered the filing and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that Defendants' Response to Plaintiff's Motion for Summary Final Judgment is STRICKEN. Local Rule 7.1(c)(2) requires that responses to motions be no more than twenty (20)

pages in length without prior Court approval. Defendants' Response brief exceeds this length without Court approval. Defendants submitted a Motion for Leave to File Excess Pages prior to filing their Response, which this Court DENIED (D.E. 84). Local Rule 7.1(c)(2) provides Defendants with no cover for their error; the outsized pleading is therefore STRICKEN.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record